# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ERICK WOODRUFF                                                          PLAINTIFF

v.                              No. 3:17-cv-203-DPM

CITY OF JONESBORO, ARKANSAS; and
SUZANNE ALLEN; DEWAYNE DOUGLAS;
and MAYOR HAROLD PERRIN, in their
Individual and Official Capacities                                      DEFENDANTS

## ORDER

This case names Harold Perrin as a defendant, both as mayor of Jonesboro and individually. The dispute involves Erick Woodruff, a former Jonesboro employee, Perrin's son, and other city employees. Mayor Perrin and I have lived in the same neighborhood, and been friends, for many years. My impartiality in handling this case might reasonably be questioned. 28 U.S.C. §455(a). I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 August 2017