**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ERICK WOODRUFF**                                                                              **PLAINTIFF**

v.                              **CASE NO. 3:17-CV-00203 BSM**

**CITY OF JONESBORO, ARKANSAS;**
**and SUZANNE ALLEN; DEWAYNE DOUGLAS;**
**and MAYOR HAROLD PERRIN in their Individual**
**and Official Capacities**                                                                 **DEFENDANTS**

### ORDER

Plaintiff Erick Woodruff's motion to dismiss [Doc. No. 12] is granted, and his retaliation claims against individual defendants Suzanne Allen, Dewayne Douglas, and Harold Perrin are dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(2). Allen, Douglas, and Perrin remain in this case in their individual capacities, however, with respect to Woodruff's claims against them pursuant to 42 U.S.C. section 1983. *See* Compl. ¶ 2, Doc. No. 2; Doc. No. 7, at 1. Defendants' motion to dismiss the individual defendants [Doc. No. 4] is denied as moot.

IT IS SO ORDERED this 25th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE