RESPONSE TO PARA 75:   Denied. It was retaliation and race discrimination for the reasons stated in response to para. 1-74.

RESPONSE TO PARA 76:   Admit Plaintiff appealed. Deny this was valid. It was retaliation for the reasons stated in para. 1-75.

RESPONSE TO PARA 77:   Admitted.

RESPONSE TO PARA 78:   Admit I appealed, was not represented, and did not have a chance to do discovery as in this case.

RESPONSE TO PARA 79:   Admit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct (a sworn statement pursuant to 28 U.S.C. 1746)

_____
Name

6-9-19
Date