IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ERIC WOODRUFF, et al.**                                                                  **PLAINTIFFS**

**v.**                           **CASE NO. 3:17-CV-00203 BSM**

**CITY OF JONESBORO, et al.**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed.

IT IS SO ORDERED this 16th day of August 2018.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE